1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

U.S.A.,

        Plaintiff,

   v.

MICHAEL ANDREW JUNGWIRTH,

        Defendant.

*E-FILED - 11/12/09*

CASE NO.: CR-94-20015-RMW

**ORDER OF DISMISSAL**

    On November 25, 2003, the court issued its order to show cause and requiring the government to file a response by December 12, 2003. Government failed to do so. Therefore,

    IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: 11/12/09

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

1

ORDER OF DISMISSAL
NO. CR-94-20015-RMW

1
2  Copy of Order Mailed:
3  **David Rossiter Callaway**
   U.S. Attorney's Office
4  NDCA, San Jose Branch
   150 Almaden Blvd., Suite 900
5  San Jose, CA 95113-3081

6          Government Cousnel

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER OF DISMISSAL
NO. CR-94-20015-RMW